UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CIT BANK, N.A.,,

                Plaintiff,

    -against-

CARMEN M. VALERIO, SAMUEL OJEDA,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., and HOGAR MORTGAGE
AND FINANCIAL SERVICE INC.,

                Defendant.
---------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
16-CV-6644 (DRH)

**HURLEY, Senior District Judge:**

    Presently before the Court is the Report and Recommendation of Magistrate Judge Steven I. Locke, dated August 15, 2018, recommending that the motion by plaintiff for summary judgment against Defendants Carmen M. Valerio and Samuel Ojeda be denied and the motion by plaintiff for a default judgment against defendants Mortgage Electronic Registration Systems, Inc., and Hogar Mortgage and Financial Service Inc. be granted. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the August 15, 2018 Report and Recommendation of Judge Locke as if set forth herein. Accordingly,

    **IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment against Defendants Carmen M. Valerio and Samuel Ojeda is denied; and

**IT IS FURTHER ORDERED** plaintiff's motion for a default judgment against defendants Mortgage Electronic Registration Systems, Inc., and Hogar Mortgage and Financial Service Inc. is granted.

Dated: Central Islip, New York
September 5, 2018

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge